IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | No. 1:10-mj-00191-SMS |
| vs. | ) | ORDER OF RELEASE |
| GERARDO TORRES-DIAZ, | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced to Time Served on July 23, 2010 in the above-entitled matter.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:  July 23, 2010                              /s/ Sandra M. Snyder
                                               UNITED STATES MAGISTRATE JUDGE

12/6/06 ordrelease.form

1